UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CABANA,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-929-T-23MAP

JAMES ZINGALE, et al.,

    Defendants.
_____/

## ORDER

Pursuant to a standing order of this court dated January 5, 1998, the plaintiff's motion to proceed in forma pauperis (Doc. 2) was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's June 5, 2007, report and recommendation (Doc. 4), the plaintiff objects (Doc. 6). A de novo determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the plaintiff's objections (Doc 6) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**. The plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**. Because this action is frivolous, the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on June 21, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE