UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CABANA,

      Plaintiff,

v.                                                       CASE NO.: 8:07-CV-929-T-23MAP

JAMES ZINGALE, *et al.*

      Defendants.
_____/

## **REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on Plaintiff's Motion for Leave to Appeal *in forma pauperis* (doc. 11) and Affidavit of Indigency (doc. 12). On July 7, 2007, Plaintiff filed a Notice of Appeal challenging the judgment entered against him on June 21, 2007 (docs. 10, 7).

Notwithstanding his apparent indigent status, Plaintiff has no absolute right to appeal *in forma pauperis.* To the contrary, his ability to appeal without prepayment of fees and costs is conditioned by 28 U.S.C. § 1915(a)(3), which provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *Id.; see also Busch v. County of Volusia,* 189 F.R.D. 687, 691 (M.D. Fla. 1999). An appeal that is plainly frivolous is not taken in good faith. *See United States v. Youngblood,* 116 F.3d 1113, 1115 (5th Cir. 1997). *See generally Napier v. Preslicka,* 314 F.3d 528, 531 (11th Cir. 2002) (action is frivolous for § 1915 purposes if it is without arguable merit either in law or in fact); *Bilal v. Driver,* 251 F.3d 1346, 1349 (11th Cir. 2001) (same); *Carroll v. Gross,* 984 F.2d 392, 393 (11th Cir. 1993) (case is frivolous for IFP purposes if, at any stage of the proceedings, it appears the plaintiff "has little or no chance of success"). Plaintiff has failed to identify any colorable basis for appeal or for concluding that the Court's disposition of this matter was in error, and the Court has been unable to discern any such

basis. Upon review of the order from which Plaintiff appeals, the Court readily concludes that the instant appeal is not taken in good faith, that it is plainly frivolous, and that Plaintiff has little or no chance of success. He is therefore ineligible for *in forma pauperis* status pursuant to 28 U.S.C. § 1915(a)(3). Accordingly, it is

    RECOMMENDED:

    1.    That Plaintiff's Motion for Leave to Appeal *in forma pauperis* (doc. 11) should be DENIED and the complaint dismissed without prejudice.

    IT IS SO REPORTED at Tampa, Florida on July 9, 2007.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

    Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:    The Honorable Steven D. Merryday
       Plaintiff, pro se