UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CABANA,

    Plaintiff,

v.                                                             CASE NO: 8:07-cv-929-T-23MAP

JAMES ZINGALE, et al.,

    Defendants.
_____/

## ORDER

Pursuant to a standing order of this court dated January 5, 1998, the plaintiff's motion for leave to appeal in forma pauperis (Doc. 11) was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's July 9, 2007, report and recommendation (Doc. 13), the plaintiff objects (Doc. 15) and the defendants respond in opposition to the plaintiff's objections (Doc. 17). A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the plaintiff's objections (Doc 15) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 13) is **ADOPTED**. The plaintiff's motion for leave to appeal in forma pauperis (Doc. 11) is **DENIED**.

ORDERED in Tampa, Florida, on August 6, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE